UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 07-cr-00275-EWN

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**23. CYNTHIA OR0SCO**

        Defendant.

_____

**ORDER RE: UNOPPOSED MOTION FOR WRITTEN ORDER AUTHORIZING JAIL VISITS WITH CO-DEFENDANT EVARISTO OROSCO (CLIENT'S FATHER)**
_____

        This Court, having considered Defendant Cynthia Orosco's Unopposed Motion for Written Order Authorizing Jail Visits with Evaristo Orosco rules as follows:

        The Defendant's Motion is:

        GRANTED; and the Court hereby authorizes the Jefferson County Sheriff's Office Detention Services Division to permit Cynthia Orosco to have visitation in the Jefferson County Detention Facility with her father Evaristo Orosco.

**DONE and ORDERED** this 25th day of February, 2008 at Denver, Colorado

                                    s/ Edward W. Nottingham
                                    Edward W. Nottingham
                                    Chief United States District Judge