UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 07-cr-00275-EWN

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**23. CYNTHIA OR0SCO**

        Defendant.

_____

**ORDER RE: UNOPPOSED MOTION TO UNSEAL AND DISCLOSE GRAND JURY SUBPOENAS**
_____

        This Court, having considered Defendant Cynthia Orosco's Unopposed Motion To Unseal and Disclose Grand Jury Subpoenas, rules as follows:

        The Defendant's Motion is:

____X_____GRANTED; and the Court hereby Orders the Grand Jury Subpoenas issued in this case be unsealed and available for inspection and copying at the Clerk's Office of the United States District Court;

_____DENIED

**DONE and ORDERED** this 17th day of September, 2008 at Denver, Colorado

                                            s/ Edward W. Nottingham
                                            Edward N. Nottingham
                                            Chief United States District Judge